.4 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

middle District of Florida

Jacksonville Division

|  |  |  |
|---|---|---|
| James T. murzike #L07713 | ) | Case No. 3:23CV-1164-HLA-PDB |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| Lt Durburrow | ) | |
| eta | ) | |
| eth | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _James T. Murzike_

All other names by which

you have been known: _N/A          N/A_

ID Number _L07713_

Current Institution _Florida State Prison_

Address _P.O. Box 800_

_Raiford          Fla.          32083_
City          State          Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _Durborrow, S. W._

Job or Title (if known) _Lt._

Shield Number _DSW10_

Employer _Union C.I._

Address _P.O. Box 1000_

_Raiford          Fla.          32083_
City          State          Zip Code

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name _Reed, B._

Job or Title (if known) _CO._

Shield Number

Employer _Union C.I._

Address _P.O. Box 800_

_Raiford          Fla.          32083_
City          State          Zip Code

☑ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                        Sgt Wood, Wm

    Job or Title *(if known)*    Sgt

    Shield Number

    Employer                  Union C.I.

    Address                   P.O. Box 1000

                             Raiford    Fla    32083

                             *City*        *State*    *Zip Code*

                        ☒ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name                        Hodges, D. B/m

    Job or Title *(if known)*    Co.

    Shield Number

    Employer                  Union C.I.

    Address                   P.O. Box 1000

                             Raiford    Fla    32083

                             *City*        *State*    *Zip Code*

                        ☒ Individual capacity   ☐ Official capacity

## II.   **Basis for Jurisdiction**    Defendants Continue copy page 3 · (A-4)

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

       First    Eight    Fourteen amendment U.S. Const.
       1st       8th     14th

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

       All stated in complaint

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(See) pages 4 (B-8)
Continuation statement of facts

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Inside Institution
(See) pages 4 (A-14)
Statement facts

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

(See) pages 4 (A-14)
Statement of facts

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

(See) pages 4 (A-14)
Statement of Facts

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(SEE) pages 4 (A-14)

Statement of Facts

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Deep cut on right leg approx. 3 to 4 inches long cut open to the white meat, cuts & bruises on buttocks, swollen head, chronic pains in shoulder swollen possible fracture, possible fracture waist swelling in both ankles & leg, 2nd & 3rd degree burns on body & face area blurrie vision, difficult breathing migrain headaces, severe back pain,

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(see) pages 5 (A-9)

Relief Sought

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

UNION CORRECTIONAL INSTITUTION

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?    (see) all claims (1-30) pages 4(8-8)
STATEMENT OF CLAIMS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance? UNION C.I. PRISON INSTITUTION ASSISTANT WARDEN, WARDEN, & SECRETARY FLA. DEPT. OF CORR.

2. What did you claim in your grievance? EXCESSIVE GAS DENIED MEDICAL & MENTAL HEALTH TREATMENT, ILLEGAL STRIP, VIOLATION EXCESSIVE USE OF FORCE, DENIED DUE PROCESS TO FAIR DIR. HEARING & INVESTIGATION PHYSICAL BATTERED & SEXUALLY BATTERY

3. What was the result, if any? FORWARDED TO WARDEN FOR IMMEDIATE ACTION REGARDING ALLEGATION GRIEVANCE "APPROVED."

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

ALL GRIEVANCES PROCESS IF COMPLETED FROM ASSIST. WARDEN, WARDEN, SECRETARY F.D.O.C.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    **If you did not file a grievance:**

1.    If there are any reasons why you did not file a grievance, state them here:

*kNoW WHiLe FiLe grievance I was being starve forever & strip in resolution & Jumped on again.*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I filed grievances of all higher rank official I did both I have both been retaliated against starve, abuse ect.*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*All stated in my statement of facts (see) pages 4 (A-04?)*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Northern District 6-21-22 Don't have order Due to lost property*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    James T. murzike

Defendant(s)    spear, s etc

2.  Court *(if federal court, name the district; if state court, name the county and State)*

northern district

3.  Docket or index number

3:22-cv1467-TKW-HTC

4.  Name of Judge assigned to your case

Denit remeber due to feeving lost property

5.  Approximate date of filing lawsuit

I believe march 2022

6.  Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.    June of 2022

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

case was dismissed due to wrong quesner district without preudice

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

*see continuation pg 10 (10-1)*

1.   Parties to the previous lawsuit

Plaintiff(s)   James T. Murzike

Defendant(s)   Rvlevitch,

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     Jacksonville middle District

3.   Docket or index number

4.   Name of Judge assigned to your case

     den to remove due to lost property

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition   June of 2022 & December of 2022

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   case was dismissed without prejudice to file proper complaint on 1983 form

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9-29-23

| | |
|---|---|
| Signature of Plaintiff | James T. muzike |
| Printed Name of Plaintiff | James T. muzike |
| Prison Identification # | # L07713 |
| Prison Address | Florida State Prison |
| | Raiford                FLA         32083 |
| | City                State         Zip Code |

### B.    For Attorneys

Date of signing:    N/A

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City                State         Zip Code |
| Telephone Number | |
| E-mail Address | |

CONTINUATION OF CITED CASE(S)   PAGE 10 (A-1)

MURZIKE VS. WILLIAM CASE #3:23-CV-00098-BJO-PDB STILL
PENDING MIDDLE DISTRICT JACKSONVILLE

MURZIKE VS. PUTNEY, CASE #3:23-CV-00638-MMH-MCR
STILL PENDING MIDDLE DISTRICT JACKSONVILLE

MURZIKE VS. GREEN, CASE #3:23-CV-00674-BJO-PDB STILL
PENDING MIDDLE DISTRICT JACKSONVILLE

MURZIKE, VS. ALLEN, D. CASE #3:23-CV-00630-MMH-UL
STILL PENDING MIDDLE DISTRICT JACKSONVILLE

OTHER CASES WRIT MANDAMUS CHALLENGE DCA CASE #2023-CA-388
MURZIKE VS. SECRETARY F.D.O.C

CONTINUATION PAGE FROM PART I
DEFENDANT(S)

1. Defendant's Name: Delahite, B.
   Official Position: Lieutenant
   Employed at: Union C.I.
   Mailing Address: P.O. Box 1000
                    Raiford Fla. 32083          ☒ Sued Individual Capacity

2. Defendant Name: Healy B/E
   Official Position: Welfare
   Employed at: Union C.I.
   Mailing Address: P.O. Box 1000
                    Raiford, Fla. 32083          ☒ Sued Individual Capacity

3. Defendant Name: Wallace B/F
   Official Position: Nurse
   Employed at: Union C.I.
   Mailing Address: P.O. Box 1000
                    Raiford Fla. 32083          ☒ Sued Individual Capacity

4. Defendant Name: Blades, W/F
   Official Position: Nurse - Sue
   Employed at: Union C.I.
   Mailing Address: P.O. Box 1000
                    Raiford, FL. 32083          ☒ Sued Individual Capacity

5. Defendant Name: Green W/F
   Official Position: Counselor Sup.
   Employed at: Union C.I.
   Mailing Address: P.O. Box 1000
                    Raiford, Fla. 32083          ☒ Sued Individual Capacity

6. Defendant Name: Shumacker Faiba W/m
   Official Position: Correctional Officer
   Employed at: Union C.I.
   Mailing Address: P.O. Box 1000
                    Raiford, FL. 32083          ☒ Sued Individual Capacity

7. DEFENDANT'S NAME: Kipsinger, W/F
   OFFICIAL POSITION: NURSE LPN
   Employed at: Union C.I.
   mailing address: P.O. Box 1000
   Raiford, Florida 32083
   ☒ sued in individual capacity

8. DEFENDANT'S NAME: ALSTON, B/F
   OFFICIAL POSITION: NURSE LPN.
   Employed at: Union C.I.
   mailing address: P.O. Box 1000
   Raiford, Florida 32083
   ☒ sued in individual capacity

9. DEFENDANT'S NAME: RUNTEY, W/F
   OFFICIAL POSITION: NURSE
   Employed at: Union C.I.
   mailing address: P.O. Box 1000
   Raiford, Fla 32083   ☒ sued in individual capacity

10. DEFENDANT'S NAME: Mr. BROWN B/F
    OFFICIAL POSITION: NURSE
    Employed at: Union C.I.
    mailing address: P.O. Box 1000
    Raiford, Florida 32083
    ☒ sued in individual capacity

11. DEFENDANT'S NAME: BROWN, W/M
    OFFICIAL POSITION: CORRECTIONAL OFFICER
    Employed at: Union C.I.
    mailing address: P.O. Box 1000
    Raiford, Fla. 32083
    ☒ sued in individual capacity

12. DEFENDANT NAME: TRESTER, W/m
OFFICIAL POSITION: SGT
EMPLOYED AT: UNION C.I.
MAILING ADDRESS: P.O. BOX 1000
Raiford, Fla. 32803
⊕ SUED INDIVIDUAL CAPACITY

13. DEFENDANT NAME: HERRADER,
OFFICIAL POSITION: M.H. COUNSEL
EMPLOYED AT: UNION C.I.
MAILING ADDRESS: P.O. BOX 1000
Raiford, Fla. 32803
⊕ SUED INDIVIDUAL CAPACITY

14. DEFENDANT NAME: HAMPTON, B/m
OFFICIAL POSITION: CORRECTIONAL OFFICER
EMPLOYED AT: UNION C.I.
MAILING ADDRESS: P.O. BOX 1000
Raiford, Fl. 32803
⊕ SUED INDIVIDUAL CAPACITY

15. DEFENDANT NAME: ALLEN, D. W/m
OFFICIAL POSITION: WARDEN
EMPLOYED AT: UNION C.I.
MAILING ADDRESS: P.O. BOX 1000
Raiford, Fla. 32803  ⊕ SUED INDIVIDUAL CAPACITY

16. DEFENDANT NAME: M. VALDARREZ, FEMALE OTHER
OFFICIAL POSITION: Correctional officer
EMPLOYED AT: UNION C.I.
MAILING ADDRESS: P.O. BOX 1000
Raiford, Fla. 32803  ⊕ SUED INDIVIDUAL CAPACITY

17. DEFENDANT NAME: MILLER, m/c
OFFICIAL POSITION: GRIEVANCE COORDINATOR
EMPLOYED AT: UNION C.I.
MAILING ADDRESS: P.O. BOX 1000
Raiford, Fla. 32803
⊕ SUED INDIVIDUAL CAPACITY

18. DEFENDANT NAME: A. COCHRAN
OFFICIAL POSITION: SECRETARY F.D.O.C.
EMPLOYED AT: BUREAU OF INMATE GRIEVANCE APPEAL
MAILING ADDRESS: 501 SOUTH CALHOUN ST.
Tallahassee
⊕ SUED INDIVIDUAL CAPACITY

DEFENDANT(S)

19. Defendant's Name: MANNING, W/M
    Official Position: INSPECTOR GENERAL
    Employed At: UNION Co. For. Fix
    Mailing Address: P.O. Box 1000 R/J
    Raiford, Florida 32083

    OR
    MANNING, W/M
    INSPECTOR
    INSPECTOR GENERAL OFFICE
    501 SOUTH CALHOUN STE
    TALLAHASSEE, FLA. 32399

    ■ Sued In Individual Capacity

20. Defendant's Name: MR. COX, m.
    Official Position: CLASSIFICATION
    Employed At: UNION C.I. ...
    Mailing Address: P.O. BOX 1000 ...
    Raiford, Fla. 32083

    ■ Sued In Individual Capacity

21. Defendant's Name: BRADLEY, J.W. W/m
    Official Position: LIEUTENANT
    Employed At: Union ch. I.
    Mailing Address: P.O. BOX 1000
    Raiford, Fla. 32083

    ■ Sued In Individual Capacity

22. Defendant's Name: D. MANFOR
    Official Position: Sgt
    Employed At: FLORIDA STATE PRISON
    Mailing Address: P.O. Box 800
    Raiford, Fla. 32083

    ■ Sued In Individual Capacity

23. Defendant's Name: ___
    Official Position: C.O.
    Employed At: UNION C.I.
    Mailing Address: P.O. Box 1000
    Raiford, Fla. 32083

    ■ Sued In Individual Capacity

STATEMENT OF FACTS continued page 4 of 1

(1) THE PLAINTIFF JAMES T. MURZIKE IS HOUSED AT FLORIDA STATE PRISON (F.S.P) CLOSE MANAGEMENT UNIT (C.M.1) WHICH IS THE MOST RESTRICTED (C-M.) LEVEL LOCK DOWN 24/7 IN C-DORM SINGLE MAN CELL. DURING THE EVENT DESCRIBED IN THIS COMPLAINT OCCURRED WHILE BEING HOUSED AT UNION C.I. WHICH PLAINTIFF WAS RETALIATED AGAINST ON JUNE 2nd 2023 & OTHER DATES.

(2) ON JUNE 2nd 2023 APPROX. 8:00AM THRU 12:30PM. THE PLAINTIFF MURZIKE, WAS HOUSED IN V-2102L DURING MY LEGAL WORK & FINISHING UP MY GRIEVANCES & COMPLAINT ETC. WHEN THE OK FAGS INMATE UBANK, B/m CELL V-2110L, INMATE SYVESTER, CELL V-2106L & INMATE DUBOROUGH, CELL V-2105L, & INMATE SMITH, CELL V-2103L etc. etc. WAS TELLING CO. HODGES, D. LT DURBERRRY, S. CO. REED, B. CO. HAMPTON, THAT SGT GREEN, R. LOOK OUT FOR "US" WITH TRAYS & BAGS & CIGG. TO HELP HIM SET MURZIKE, UP TO KEEP HIM ON STRIP TO STOP HIS LAW SUIT & GRIEVANCES ETC. ETC & HE GONNA GIVE "US" SOME OF HIS PROPERTY HYGIENE, MAGAZINES & CHAPS & CLOTHES HE GOT IN HIS CELL. ETC. ETC. HE SALEING ALL DOPE IN DORM & ON WING.

(3) AFTER CO. HODGES, D. ETC ETC FINISHING TALKING TO THEY SNITCHES I/m SYVESTER, & I/m UBANK, ETC TO SET ME UP CO. HODGES, D. APPROACH MY CELL STATING WHAT YOU THINK WE DON'T HAVE OUR SOURCES TO LET "US" KNOW THINGS YOU JUST SENT IN GRIEVANCES ON ME & SGT GREEN, R. FOR BEATER YOUR ASS NOW I HEAR YOU TRYING TO SUE "US" ETC ETC I'MA BE BACK TO TAKE ALL YOUR SHIT. SEE→ (INFORMAL GRIEVANCE # 213-2303-0389) (FORMAL GRIEVANCES # 2303-213-260) & (FORMAL GRIEVANCE # 23-6-12534)

Statement of Facts Continued page 4 of A-2

(4) Upon MR. Jeffcoat, J. & CO. White, F. entering V-2 for legal mail & grievance pick up I plaintiff told CO. Hodges, D. I got grievances & legal mail to set out I don't care bout what you take I'm just gonna fire your stupid ass up against with more grievances etc RD. Hodges, D. then departed my cell making threats etc

(5) Plaintiff then advise CO. White, F. that I have outgoing "legal mail" to go out. When I was getting my "legal mail" & 1983 complaints in order to be mailed out. I/m Syvester, cell V-2106L, Inmate Smith, cell V-2103L & I/m Harris, cell V-2101L screaming officer White, F don't pick up no legal mail from him in two (2) bottom CO. Hodges, D, finna come back & put him on strip & take all his property etc. etc

(6) Plaintiff then advise CO. White, F. you are an officer that's coming to pick up legal mail I have legal mail to get to courts so why is they stopping you telling you about my mail & waisting time talking bout nothing when you could be stamping my documents & had them talking to mail room etc. etc

STATEMENT OF FACTS continued page 1 of A-2

( 7 ) Upon Plaintiff murzike, getting His legal mail notarize & stamp on FAG Glen Harris, In cell V-210/L telling Co. White, make sure He ain't sending nothing out with Sgt. Green, R. & Co. Hodges name on it He trying to sue you officers etc. etc.

( 8 ) Plaintiff murzike, then informed Co. White, that Sgt. Green, R. got these on fags working for extra piece of corn bread & ciss. butts fags smoking up dope & they owe me & trying use Sgt. green, to keep stealing my property In restriction Due to Sgt. Green, still owe me money from CASH APP & green, dots etc. Co. White, then inform Im Glenn, I HAVE nothing to Do with that whatever murzike's put In my Hands is going out to Be mailed etc. etc.

( 9 ) Upon Plaintiff murzike, getting all His legal mail stamped & notarized By Co. White, f. mr. Jeffcoat, J. classification officer approach my cell with Grievance Box. And ask me Do I HAVE any Grievances I stated yes, which He waited til I got my Legal mail out & Done. So I advise mr. Jeffcoat, that these fags Sgt. Green, R. paying extra corn bread to keep officers targetted me & they already stole alot of my medical Documents and my radio + Big package clear Head phones all my genital magazines & butt magazines & ATM magazines & all my J-pay letters Hygiene etc. etc. which mr. Jeffcoat, verbally state write another grievance about whats happening He then gave me some more grievances under my door to File my other complaints etc.

Statement of Facts continued page 4 of 4-4

(10) After Plaintiff Murzike, got Done sealing up his legal mail letters & 1983 complaint that was being mailed to courts middle district Jacksonville against Co. Hodges, D. & Sgt. Green, R. etc etc which was date stamped on June 2nd 2023 pick up by Co. White for mailing see → Murzike vs. Sgt Green, R. etc. etc. etc Case No. 3:23-CV-674-JJC-PDB.

(11) Upon Plaintiff Murzike, giving class. Mr. Jeffcoat, J. Approx. Twenty or Twenty-five grievance to be process in the grievance box I advise Mr. Jeffcoat, I just sent out my 1983 complaint against Sgt. Green, & Hedges, D. etc. & He just came to my cell & threaten to strip me & have me gas etc etc In retaliation due to me filing grievances against Him & Sgt Green, R. & Co. Reed, B. etc. see → (Formal grievances # 213-2301-0512,) & (Formal grievance # 22-6-36627), & (Formal grievance # 2302-213-092) Formal grievance # 23-6-07083 & (Formal grievance # 23-6-01066) & Formal grievance # 2302-213-241). & (Formal grievance # 23-6-01066) & Formal grievance # 2307-213-093 & Formal grievance # 2302-213-206 213-2305-0284 etc. Sgt Green, and nurse to steal my medical file Flemme

(12) After Plaintiff Murzike, got finish sending out his legal mail & putting his grievances into box at approx. 9:00am. thru 12:30p.m. Lt. Durberrow, Co. Hampton, Co. Hodges, D. Co. Reed, B. Sgt. Wood, etc. Rush my cell V-2102L stating pack your shit up "Fuck Boy" you want to file law suits & keep writing grievances you going on property restriction etc. etc

Statement of Facts continued page 1 of 5

(13) PLAINTIFF MURZIKE, TOLD Lt. DURBORROW, you keep letting there (c.m.1) check in's play with your job but you ain't trying suing no grid in this dorm saying you can't do that no more but you talking to ok punk I'm sylvester, about Sgt. green, him & I'm ubark, to HELP him but none of them trying to ask you to open this grid up but they using yall to steal crumbs out my property etc. etc. after yall place me on strip.

(14) Lt. DURBORROW, then stated I'm just doing what my officer say's if they want to strip you that's what I gotta do they then departed my cell V-2102L.

(15) At approx. 10:30 a.m. thru 11:00 am during lunch feeding plaintiff then observe inmate ubark, & inmate sylvester, & I'm smith, etc. etc. telling officers to Let Lt. DURBORROW, & co. Hedges, know don't forget about cell V-2102L going on property restriction which c.m. nros, stated what are yall so worry bout him going on property restriction for I'm down here to feed etc.

(16) inmate sylvester, & inmate duborough, then try to tell they old child molester runner round if they strip murzike in V-2102L wrap some of his personal clothes up & hygiene etc. in a sheet & hive it & bring it to "us" yall know Sgt. green, don't like him etc. etc. that's why he pay "us" to have yall play with his food etc.

Statement of Facts Continued page 4 of here

(17) After lunch meal Co. Ninos, begin to pick up trash & trash which I advised him that these ok punks keep trying to tell orderly's Co. Hodges, D. gonna set me up to go on strip & Sgt. Green, gave them green light to take whats they want out my property etc... which Co. Ninos, advise me I don't know what yall got going on but if any property get packed by me & they teven or steal anything they ass going to jail.

(18) After chow Co. Hodges, D. & Co. B. Reed & Co. Hampton, approach plaintiff murzike cell due to inmate Sylvester telling this old child moslester inmate orderly Lewis, w/m to remind Co. Reed, & Co. Hodges, about putting me on strip.

(19) Plaintiff murzike, then informed Co. Hodges, D. of all my hygiene etc etc He let them orderly's Im Hutchins,B/m stole out my property which He stated you had to much hygiene that was excessive you not allow to have $100.00 & $200.00 werth of hygiene plaintiff immediate told Co. Hodges, if you know your rule why wasn't I allowed to send my hygiene home He stated it's was all contraband plaintiff advised Co. Hodges contraband is my property & I'm allowed to send any excessive property home etc etc

(20) Plaintiff further state if you know rules you should know not to continue to retaliate on a inmate for filing complaints against your gross misconduct & you won't have to worry about writes if you doing your job & not trying to impress some laws, I.E. a ok faqs that Sgt. Green using for corn bread & now you on day shift acting like you a goon or touch hole etc etc

Statement of Facts continued page 4 of 7

(21) Upon Co. Hodges, trying to tell plaintiff I have to store my property & I'm going on strip plaintiff began to to file a grievance due to ongoing retaliation Co. Hodges, D. trying to set me up for him & Sgt greer, R. ok Frys. & Co. Reed, B. stated Sgt greer, ain't here today that's why we coming to get it etc. etc.

(22) At approx. 10:30 am, thru 11:00 am, (not sure exact time) mental health counsel Ms. Hernadez, approach my cell V-2102L allege that plaintiff was disorderly & in which plaintiff inform her she is aware of this ongoing retaliation & she knew Sgt greer is retaliating against me playing games & took all my personal property electronic devices etc etc & giving them to other inmates along with Sgt Ruleviteh, etc. which the mental health & medical all knows those devices & am I brought into this prison on July 26th 2022 & Sgt Greer, R. beefing with me bout dope & pukes he still owed me my money back in 2009, 2010 etc when me & my brother had his baby momma bring in the bomb see → Formal grievance log # 2302-213-255) & (Formal grievance # 2307-213-061) etc.

(23) Ms. Hernadez, verbally state I have ask you to leave your disorderly behavior because some say's you creating disturbance etc. plaintiff then advise Ms. Hernadez, that she have act with deliberate indifference when she knew I don't create any disturbance Co. Reed, B. became argumentative & told Ms. Hernadez, we got something for him Co. Hernadez, then departed my cell & clear me for C.I.T. etc. in choots with nurse Hally, BfF & Co. Hodges, due to me filing law suit. see → case no: 3:23-CV-00674-BTP-PDB

STATEMENT OF FACTS Continued page ___4___ of ___A-8___

(24) AT APPROX. 10:30 am — 11:20 am. Lt DURBARROW, S. APPROACHED my CELL V-2102L WITH CHAIR & gas CANISTERS & allege HIS SOMEES SAY MY CELL WAS NOT IN COMPLAINCE & PROPERTY STORE TEW BOTH LOCKERS ETC ET —

(25) I THEN TOLD Lt DURBARROW, MENTAL HEALTH CONVSEL allege I WAS BEING DISORDERLY on WING NOW you COME SAYING MY BED NOT MADE PROPERLY NOT STORE ETC— & FURTHERMORE IF YOU ACTING LIKE MY CELL NOT IN COMPLAINCE THE WARDENS, COL: CPT. ETON EVERYBODY TUST DID A INSPECTION IN THIS DORM & WING 7 OR 8 MINUTES AGO & THE WARDEN STOP AT MY CELL TALKING TO ME & STATING MY CELL LOOKS GOOD. & NEITHER HIGHER AUTERITHIY SAY NOTHING BOUT MY CELL OR LOCKER WHICH I deve HAD ALL MY SAME PROPERTY SINCE I BEEN HERE & BEEN on STRIP & GAS FOUR OR FIVE TIMES & got MY SAME PROPERTY BACK. NOW WHICH LIE YOU WANT TO STICK WITH.

(26) Lt DURBARROW, THEN COSIGNED & CONSPIRED WITH THE RETALATORY ACTS TO HAT PLAINTIFF STRIPPED & GASED IN RETALIATION TO SUBJECT TO PHYSICAL BODY INTURIES & MENTAL INTRYS IN VIOLATION 42 USC 1850(1), WHICH HE KNEW THAT THE WARDEN, COLO CPT, ETC ETC DOING INSPECTION IN WING 7 OR 8 MINUTES AGO & HAD DIRECT KNOWLEDGE THAT PLAINTIFF CELL V-2102L WAS NOT IN A DISARRAY AT NO TIME BUT WAS IN COMPLAINCE

Statement of Facts continued page 4 of 8-9

(27) Lt. Durborrow, Sr. Sgt. Wood, Co. Reed, B. etc. then chain plaintiff cell door up & sprayed plaintiff maliciously & sadistically with two (2) big cans of chemical agents in retaliation & physically battered the plaintiff with a deadly weapon while Sgt. Wood, grab plaintiff hand Lt. Durborrow, repeatedly slamming plaintiff arm & shoulder into cell door while Co. Reed, B. spray plaintiff in nose, mouth, face, etc with whole gas canister, while Lt. Goswell, B. Co. Summerfield, Co. Trester, N/M Co. Hampton, B/m stood by & watched fail to intervene

(28) After plaintiff was sprayed & taking for decontamination cold water shower plaintiff was kneeled down to be placed in leg irion shackles etc. when Co. Hodges, B. used a switch blade box cutter & cut plaintiff right leg open above the ankle & skin area left open to the white meat. See Formal Grievance Log # 2306-213-077

(29) Upon been taken into medical examination room in V-Dorm sally port area I was then taking inside medical room which Co. Reed, B. Co. Hodge, B. physically battered the plaintiff inside medical triage room & sexual assaulted plaintiff sticking plaintiff in buttocks etc. etc. while Co. Valquez, Nurse Holly, Lt. Goswell, Lt. Durborrow, Ofc. Hernandez, etc stood by & watch & fail to intervene I remained in cell untreated nurse Holly, B/f fail to treat the grievant due to retaliation See Informal Grievance # 213-2305-0289 & Formal Grievance # 2305-213-044, Informal Grievance # 213-2303-0324 also see all grievances file concerning my feed patterns & observation tactical etc.

(30). Plaintiff Murzike, Has Filed Numerous of Grievances In Regards of Being Sexual Battered, By Staffs, Inmates etc. & Being Physical Battered By Staffs, Inmates etc. & Threaten By Staffs & mail Being Stole & Censored, Destroyed By Staffs etc. & Grievances Being censored & not Logged etc... See → Copy's of all approved Informal Grievances & Formal Grievances That Have Been Exhausted Log #'s Informal Grievance #'S 213-2303-389, Informal Grievance #213-2305-0135, Informal Grievance Log # 213-2303-0160, Informal Grievance #213-2304-0252, Informal Grievance # 213-2304-0253, Informal Grievance #213-2304-0272, Informal Grievance # 213-2304-0274, Informal Grievance #213-2304-0386, Informal Grievance #213-2303-0223, Informal Grievance # 213-2303-0417, Informal Grievance #213-2305-0088, Informal Grievance # 213-2305-0136, Informal Grievance #213-2305-0137, Informal Grievance #213-2311-0449, Informal Grievance Log # 213-2210-0417 & Informal Grievance # 213-2302-0528 & Informal Grievance #213-2302-0487, Informal Grievance #213-2302-0291, Informal Grievance # 213-2303-0254, Informal Grievance #213-2303-0166, Informal Grievance # 213-2304-0324, Informal Grievance Log # 213-2303-0228, Informal Grievance #213-2208-0526, Informal Grievance #213-2208-0415, Informal Grievance # 213-2301-0551, & Informal Grievance # 213-2303-0426, Informal Grievance #213-2212-0208, Informal Grievance #213-2305-0014, Informal Grievance #213-2303-0253 & Informal Grievance #213-2305-0456, Informal Grievance #213-2301-0091, Informal Grievance #213-2305-0457, Informal Grievance #213-2306-0136, Informal Grievance # 213-2303-0022, Informal Grievance #213-2210-0137, Informal Grievance # 213-2303-0482, Informal Grievance #213-2306-0024, Informal Grievance # 213-2208-0415, Informal Grievance #22-6-292...

Statement of Facts continued page 4 of 8-11

Informal Grievance # 213-2305-0197 & Informal Grievance # 213-2305-0425, Formal Grievance # 2305-213-153, Formal Grievance # 222-213-036, Also see other approved exhausted grievances by the Secretary, Florida Department of Corrections Bureau of Inmate Grievance Appeals Formal Grievance Log # 23-6-18471, & Formal Grievance # 23-6-15564, Formal Grievance # 23-6-17886, & Formal Grievance # 23-6-17813, Formal Grievance # 23-6-17812, Formal Grievance # 2305-213-170, Formal Grievance # 23-6-17814, Formal # 23-6-17815, Formal Grievance # 23-6-17801, Informal Grievance # 213-2306-0398, Informal Grievance # 213-2306-0399, Informal Log # 213-2306-0339, Formal Grievance # 2306-213-078, Formal Grievance # 23-6-17991, Formal Grievance # 23-6-15988, & Informal Grievance Log # 213-2304-0367, Formal Grievance # 23-6-12053, Formal Grievance Log # 23-6-12534, & Formal Grievance # 23-6-15982, Formal Grievance # 23-6-17460, Formal Grievance Log # 23-6-17459, Formal Grievance # 23-6-17458, Formal Grievance # 23-6-15991, Formal Grievance # 23-6-17457, Formal Grievance # 23-6-15992, Formal Grievance # 23-6-15790, Formal Grievance # 23-6-13571, & Formal Grievance # 22-6-31156, Informal Grievance # 2305-213-024, Informal Grievance # 213-2306-0023, Informal Grievance # 213-2305-0502, & Formal Grievance # 23-6-15475, Formal Grievance # 213-2304-0229, Grievance # 23-6-11050, Formal Grievance # 2305-213-053, Formal Log # 23-6-04726, Formal Grievance # 23-6-10535, Formal Grievance Log # 23-6-15707, Formal Grievance # 23-6-09344, & Formal Grievance 22-6-36310, Informal Grievance # 213-2302-0074, Formal Grievance # 23-6-06874, Formal Grievance Log # 213-2301-0539, Informal Grievance # 213-2304-0399, Informal Grievance # 213-2304-0367, Formal Grievance # 23-6-15691, Informal Grievance Log # 23-6-01066, Formal Grievance # 23-6-15695, Formal grievance

Formal Grievance # 2303-213-241, Formal Grievance # 2306-213-07, Formal Grievance # 2306-213-062, Formal Grievance # 2306-213-063, & Formal Grievance # 2306-213-061, Formal Grievance # 2306-213-083, Formal Grievance # 2306-213-060, Formal Grievance # 2306-213-059, Formal Grievance # 2306-213-048, & Informal Grievance # 213-2303-0227, Informal Grievance # 213-2303-0186, Informal Grievance Log # 23-6-11860, Formal Grievance # 23-6-11854, and Also Informal Grievance # 213-2306-0459, Informal Grievance # 213-2306-0340, Informal Grievance # 213-2306-0461, Informal Grievance # 213-2306-0460. Etc. Etc.

Since The Filing & Reporting U-Dorm & V-Dorm Officials. In The Mention Approved Grievances Log #'s. Like Dir.Berrow, S. & Co. Reed, B. & Co. Hodges, D. Etc. Had Come Back To Re-minted.

(31) Plaintiff Murzike, Advise several nurses during meds. pass & on sick-calls of serious medical need & stitches & continuously burns & chronic pains & 2nd & 3rd degree burn for being force to sleep on concrete burn, without no clothes or nothing to keep warm all nurses nurse Green, W/F nurse Brown B/F fail to get Plaintiff outside medical care & fail to do DC4-701 Body Diagram sheets.

( ) Plaintiff advise nurse Alston, B/F nurse Wallace, B/F nurse Owens, W/F of serious Injuries & continuously bleeding & chronic pains etc. To no avail all nurses act with deliberate Indifference inchoots with security Intentionally Talking Them To act like you don't see them & nothing wrong

( ) Plaintiff then advise nurse Kissinger W/m To no avail

Statement of Facts continued page 4 of 12-13

(32) Upon coming off 72 hours property restriction on June 5th 2023 Co. Trester, Co. Summerfield returned plaintiff personal property back etc. which alot of my personal property hygiene, battery's magazine, bottles of vitamins, legal documents, personal glasses, photos etc. etc. was missing

(33) Plaintiff Murzike, then on June 5th 2023 file grievances about the excessive use of force physical battery & sexual battery & illegal property restriction & the lost stolen personal property in retaliation see → (Formal grievance # 23-6-18471) approved & informal grievance & formal grievance #

(34) Plaintiff Murzike, was served two (2) falsified D.R.'s written by Lt Durberrow. see → D.R.'s log # 213-230744 & D.R. log # 213-230745, violate CH: 33-208.002 & 112.1(9) policy.

(34) D.R. investigator Co. Brown, denied plaintiff an impartial investigation & fail to allow plaintiff camera evidence witness & fail to collect evidence relevant to D.R. on June 6th 2023 approx. 8:32 am

(35) Plaintiff was then found guilty of both falsified D.R.'s in retaliation on June 9th 2023 by Lt Braden, David W. & Ms. Cox, Meredith, conspiring with Lt Durberrow falsified statements.

(36) Plaintiff Murzike then filed appeals to warden & secretary Florida Dept. of Corr. appealing falsified D.R.'s see → formal grievances log # 2306-213-091 & log # 23-6-21582

Statement of Facts continued page: 4 of A-14

(37) In July 2023 I.G. manning, came investigate the pres & use of force occured on 6-2-23. & seek photos of my injuries right leg ect ete they try to conspire with security official miller, mgt. to cover up & falsify video evidence & documents In violation 42 USC 1853(3) & FDS, §38.022(8)(3) & my 8th U.S. const.

(38) On Sept 26th 2023 Approx. 9:45pm plaintiff reieve recieved a falsified D.R. written by mm gog - miller, march delivered by: sgt D. Nyanfor on Sept. 26th 2023. In

(39) on Sept 25th 2023 marica miller, written D.R. approx. 12:50 allege plaintiff lied to staff concerning a pres & use of force on 6-2-23 investigated by inspection general manning, see D.R. Log # 213-231101 (9-10).

(40) miller, marica clearly conspire with I.g. manning to falsity document & cover up my pres complaint & camera evidence In violation of plaintiff 8th U.S. const, 42 USC 1853(3) & FDS §38.022(8)(3) & FDOC 33-208.002(1)(12)(11) policy

(41) plaintiff was denied impartial investigation failing to obtain evidence witnesses & camera evidence etc etc violating Chp 33-601 3.08(1)(a-g)(3) FADC §33-601. 302(1)(1)(12) policy.

(1) Defendants Lt. Durbeccu, S. Sgt. Reed, Co. Reed, B. used Excessive force against plaintiff Murzike, By acting with delibrate indifference punching plaintiff in face, grabbing plaintiff arm & repeatedly slamming plaintiff arm, shoulder & body into cell door etc while spraying plaintiff with chemical agents maliciously & sadisticly in face to cause harm when plaintiff was not violating any prison rule & was not acting disruptively all defendants action violated plaintiff rights under 1st & 8th amend. U.S. Const.

(2) Defendant Co. Reed, B. used excessive force against plaintiff Murzike by spraying plaintiff with whole can chemical agents maliciously & sadisticly to cause harm violating plaintiff 8th 1st amend. U.S. constitution. In retaliation.

(3) Defendant Co. Hodges, used excessive force against plaintiff act with delibrate indifference by cutting plaintiff leg open with deadly weapon in full restraint & leg prison shackles maliciously & sadisticly to cause harm violating plaintiff 8th amend. U.S. Const.

(4) Defendant Co. Hodges, D. Co. Reed, B. actions in using unjustify excessive physical force acting with delibrate indifference by slapping plaintiff punching plaintiff & sticking plaintiff in the buttocks with deadly weapon constitute the tort of assault & battery & sexual assault in violation of 944.35 F.S. & 775.083-1. F.S. As they act in bad faith gross negligence in violation 768.28 F.S.

Statements of Claims continued page 4 of B-2

(5) Defendant Lt. Dubberry, S. actions in acting with Deliberate Indifference in conspiring to cover up the constitution violation by knowingly falsifying DOR's (6-1) violated plaintiff 1st, 5th, & 8th U.S. constitutional

(6) Defendant Nurse Holly, B/F action in failing to send plaintiff Murzike to outside hospital or R.M.C. to recieve proper medical care stitches or staples in right leg plaintiff tissues & meat in leg hanging out constitute "deliberately medical indifference in violation of plaintiff 8th U.S. const.

(7) Defendant Nurse Holly, B/F actions in failing to send plaintiff Murzike to outside hospital to recieve proper CAT scans, x-rays on plaintiff shoulder, hand, swollen arm etc constitue deliberately medical Indifference in violation of plaintiff 8th U.S. const.

(8) Defendants Nurse Wallace, Nurse Kissinger, Nurse Owens, Nurse Green, Nurse Brown, Nurse Alston, Nurse Putney, action in failing to send plaintiff to outside hospital to recieve proper medical care staples or stitches in right leg constitute "deliberately medical Indifference" in violation of plaintiff 8th U.S. const.

(9) Defendant Co. Trester, & Co. Summerfield, actions in knowingly destroying & stealing, robbing plaintiff Murzike personal property hygiene legal documents etc to hinder plaintiff access to court in retaliation constitute deliberate Indifference in violation of plaintiff 8th U.S. const. & FMC 33-208.002(10) & (24) policy

Statement of Claim Continued page 4 of 23

(10) Defendant Co. Hedges, D. Co. Reed, B. Action In knowingly acting with deliberate Indifference by falsifying official documents subjected plaintiff murzike, to unjustified property restriction causing plaintiff to sleep on concrete bunk, butt naked with chemical agents In cell with no clothes no toilet tissue no nothing to keep warm due to retaliation In violation of plaintiff 1st, 8th U.S. const's

(11) Defendant Co. Hedges, Co. Reed, B. Action In knowingly acting with deliberate Indifference By falsifying official documents constitute a TORT 3rd degree Felony In violation of F.S. 838.022 (2) (a)(b) (3) to subject plaintiff to unjustified strip In violation of plaintiff murzike, 8th U.S. const.

(12) Defendant Lt. Durbereau, Action In knowingly acting with deliberate Indifference by conspiring with Co. Hedges, D. & Co. Reed, B. By placing plaintiff murzike, on strip without any justification In violation of plaintiff 8th const. By failing to Intervene the unjustified ACT In violation of 42 usc 1853 (3) By cosigned such falsified report.

(13) Defendant Lt. Gosnell, B. Reed, Action In knowingly acting with deliberate Indifference By cosigning with Lt. Durbereau, Co. Hedges, D. & Co. Reed, B. By placing plaintiff on strip without any justification In violation of plaintiff 8th const. By failing to Intervene the unjustified ACT In violation of 42 usc 1853 (3) By cosigned such falsified report.

Statement of claim continued page 4 of PC4

(14) Defendant mental HEALTH Counsel Ms. Hernander, acting
in knowingly setting with deliberate indifference "Failing to
intervene" the unjustified property restriction on 6-2-23;
when SHE was in position to do so knowing Sgt. Hedges, D.
Co.Reed, B. Lt. DuBarras, S. etc. falsified such report to subject
plaintiff to inhumane conditions due to Retaliation in violation
of plaintiff 1st 8th U.S. Const.

(15) Defendant nurse Holly, & with Ms. Hernander, acting in
knowingly acting with deliberate indifference intentionally
approving chemical agents to to subject plaintiff to pain,
difficult breathen & 2nd 3rd degree burns & suffering without
any justification what done with a "maliciously & sadistically"
intent to cause gross bodily harm to plaintiff in violation
of plaintiff 8th U.S. Const.

(16) Defendant nurse Holly, B/F acting in knowingly setting
with deliberate indifference in failing to report & document
plaintiff complaint on DC4-701 medical diagram sheet & document
plaintiff complaint of severe headace, chest pains, blackouts,
bizarre vision, dizzyness & constantly bleeding due to the severe
injuries plaintiff sustained from the sexual assault, physically
bodily & chemical agents continue "deliberate medical indifference"
in violation of plaintiff 8th U.S. Const.

(17) Defendant Nurse Greer, Nurse Brown, B/F Nurse Austen, B/F Nurse Wallace, B/F Nurse Kissinger, Nurse Owens, W/F Nurse Putney, Actions for knowingly acting with deliberate indifference in failing to report & document plaintiff complaints & injuries on DOC-701 Form plaintiff complain of severe headace, cranio pains, blackouts, blurred vision, dizzyness, and 2&3d degree burns, & cerso... bleeding due to the severe injuries plaintiff had sustained from the sexual assault, chemical agents physical battery at 6-2-23 constitute "deliberate medical indifference" in violation of plaintiff 8th U.S. Const.

(18) Defendant Co. Reed, B. acting in knowingly acting with deliberate indifference in using unjustify excessive chemical agents by spraying plaintiff with and where can chemical agents constitute the tort of assault & battery in violation of 944.35 F.S.A. & 775.083.1. F.S. He acted in bad faith gross negligence in violation 768.28 F.S.

(19) Defendants mth counsel ms. Hernandez, nurse Kelly, Co. Varequez, Co. Hampton, Co. Trester, um Co. Summerfield, action knowingly act with deliberate indifference "failing to intervene" the unjustified use of force & sexual assault physically battered Lt Dunbarrow, Co. Hedges, D. Co. Reed, S.J. weed, committed against the plaintiff when they were in a position to do so speedly & un... due to realization in violation of plaintiff 1st & 8th U.S. Const.

Statement of claim continued page 7 of B-6

(20) Defendant Lta Braden, D.W. & Class. ms. Cox, m. Cosign such false report by Lta Durborrow, S. In violation 838.022(3) Fs. to subject plaintiff to excessive con. continuation & D/C time loss gain time & vitiation etc. without justification due to retaliation in violation of plaintiff 1st & 8th U.S. const. was done with a "maliciously & sadoically" intent to injury plaintiff in retaliation.

(21) Defendant Co. Brewn, L. Action in knowingly falsifying official documents acting with deliberate indifference denied plaintiff impartial investigation subject plaintiff to unjustified D.R. hearing causing plaintiff to be found guilty & continuation on (Camp. 1) due to retaliation violating plaintiff 1st 8th U.S. const. & F.A.C. 33-601.304-314 & CH.33-208.002 (13)(14) policy.

(22) Defendant Co. Brown, L. Action in knowingly falsifying official documents constitute a TORT 3rd degree felony in violation of Fs. 838.022 (2)(a)(b)(3); to subject plaintiff to unjustified D/C & Con. 1 continuation in violation of plaintiff 8th U.S. const.

(23) Defendant Durborrow, S. Co. Hodge, Co. Reed, B. Action in knowingly placing plaintiff on illegal property restriction acting with deliberate indifference to hinder plaintiff access to courts & grievance exhaustion without justification due to retaliation violate CH. 33-103.003 F.A.C. & 33-208.002 (8)(11)(19) policy & violation of plaintiff 1st 8th 14th amend U.S. const.

(24) Defendant Don Yanfer, Action in knowingly depriving plaintiff of impartial investigation failing to collect evidence, witnesses violating CH.33-601.305 (1) (a-6)(3) & 33-601.702 (10)(16) policy constitute deliberate indifference violation plaintiff 1st 8th 9th 14th amend. U.S. const.

Statement of of claim continued page 4 of 6-7

(25) Defendant Lt Durberrew, action In knowingly Falsifying official documents subjected plaintiff to unjustified property restriction causing plaintiff to sleep on concrete with no clothes, no toilet tissue etc due to retaliation In violation of plaintiff 1st & 8th U.S. Const.

(26) Defendant Lt Durberrew, S. Action In knowingly Falsifying official documents constitute a tort 3rd degree felony In violation of F.S. 838.022 (2) C.A.2(B) (3) to subject plaintiff to unjustified strip In violation of plaintiff 8th U.S. Const.

(27) Defendant Durberrow, S. Co. Summerfield, Co. Tresler, Co. Hampton, Co. Reed, B. along with ms. Hernandez, knowingly conspiring with Co. Hodges, By placing plaintiff on strip without any justification In violation of plaintiff 8th Const. By "failing" to 'intervene' the unjustified act In violation of 42 u.S.C. 1853 (3) By cosigning such.

(28) Defendant mS. Miller, m.G. & D. Allen, action In conspiring with their lower official Lt Braden, D. & ms. Cox, By way of using falsified report to subject plaintiff to excessive c.m. time & D/C time & fail to over turn plaintiff DOR. due to retaliation In violation of plaintiff 1st & 8th U.S. Const. & 42 USC 1853 (3)

(29) Defendant A. Cochran, action In conspiring with warden D. Allen & m.G. miller, By way of denying to overturn the falsified D.R.'s per 6A-33- 601.307 HRD(2) due to retaliation to subject plaintiff to excessive d/c time & excessive (c.m.) continuation In violation of plaintiff 1st & 8th U.S. & 42 USC 1853 (3).

(20) DEFENDANT Lt. DURBARROW, S. Co. VASLEQUEZ, NURSE HOLLY, Co. REED, B. Co. HAMPTON, IN CONSPIRING WITH Co. HEDGES, D. AFTER PLAINTIFF SENT OUT HIS 1983 CIVIL COMPLAINTS & GRIEVANCES ON 6-2-23 CONSPIRED WITH Co. HEDGES, D. TO STRIP PLAINTIFF & FALSIFY TWO (2) D.R.'S ON PLAINTIFF DUE TO RETALIATION IN VIOLATION OF PLAINTIFF 1ST & 8TH U.S. CONST. & 42 USC 1853 (3).

(31) DEFENDANT INSPECTOR GENERAL MANNING, ACTION IN KNOWINGLY CONSPIRING TRYING TO COVER UP THE MALICIOUS ACT OF SEXUAL BATTERY/ASSAULT THAT WAS COMMITTED UPON PLAINTIFF ACT WITH DELIBERATE INDIFFERENCE CONSPIRING WITH F.D.O.C. OFFICIAL TO TRY FALSIFY VIDEO EVIDENCE & DOCUMENTS IN VIOLATION 42 USC 1855 (3) & F.S. 838.022 (B) (3) & MY 8TH U.S. CONST.


ALL DEFENDANTS ACTIONS AND IN ACTIONS VIOLATED PLAINTIFF (EQUAL PROTECTION OF LAW) IN VIOLATION OF PLAINTIFF 14TH U.S. CONSTITUTION & WAS OUTSIDE THE SCOPE OF THEIR EACH EMPLOYMENT UNDER COLOR OF STATE LAW AS ALL DEFENDANTS ACT UNDER COLOR OF STATE LAW & ARE STILL EMPLOYEED UNDER COLOR OF STATE LAW AS THIS COMPLAINT ARE BEEN FILED.

ALL DEFENDANTS ACTION AND IN ACTIONS CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 18 USC 242(2) IN VIOLATION OF PLAINTIFF 8TH U.S. CONSTITUTION AS ALL DEFENDANTS ACT "DELIBERATELY INDIFFERENCE" TO SECURED ALL PLAINTIFF RIGHT UNDER THE 5TH & 14TH 1ST U.S. CONSTITUTION TO (EQUAL PROTECTION) OF LAW.

Relief sought continued page 5 of A-1

(1)    Defendant Nurse Wallace, Nurse Kissinger, Nurse Owens, W/F Nurse Alston, B/F Nurse Brown, B/F Nurse Green, W/F Nurse Putney are sued $250,000 for failing to report & send plaintiff outside hospital or (R.M.C) to get proper medical treatment stitches or staples in right leg after being physically battered with a deadly weapon constitute "deliberately medical indifference" in violation of plaintiff 8th U.S. Const. are sued in their individual capacity under color of state law.

(2)    Defendant Nurse Wallace, Nurse Kissinger, Nurse Owen, W/F Nurse Alston, B/F Nurse Brown, Nurse Green, W/F are sued $250,000 for failing to report & send plaintiff outside hospital or (R.M.C) to get proper cat scan x-rays on plaintiff on plaintiff shoulder, arm, swollen head, swollen knee etc. constitute "deliberately medical indifference" in violation of plaintiff 8th U.S. Const. are sued in their individual capacity under color of state law

(3)    Defendant Nurse Wallace, Nurse Kissinger, Nurse Owens, Nurse Brown, Nurse Putney, Nurse Green, Nurse Alston, are sued $250,000 for failing to report & document plaintiff injuries & complaints on DC4-701 Diagram Body Farm plaintiff complain of severe headaches, cronic pains, black outs, blurred vision, difficult breathen, dizzyness constantly bleeding due to the severe injuries plaintiff substained from the sexual assault, excessive gang & beaten const. "deliberate medical indifferent" in violation of plaintiff 8th U.S. const. are sued in their individual capacity under color of state law.

RELIEF SOUGHT CONTINUED PAGE 5 OF 12

(4) DEFENDANT LT. GOSNELL B. CO. SUMMERFIELD, CO. HAMPTON, CO. TREXLER, CO. HODGES, CO. REED, B. SGT WEED, ARE SUED $250,000 KNOWINGLY CONSPIRING WITH LT. DURBERREAU, BY PLACING PLAINTIFF ON STRIP WITHOUT ANY JUSTIFICATION IN VIOLATION OF PLAINTIFF 8TH CONST. BY "FAILING TO INTERVENE" THE UNJUSTIFIED ACT IN VIOLATION OF 42 UPC 1853 (3) BY COSIGNED SUCH FALSIFIED REPORT ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(5) DEFENDANT CLASS. MS. COX, M. & LT. BRADEN, B. ARE SUE $150,000 KNOWINGLY COSIGN SUCH FALSE REPORT BY LT. DURBERREAU, S. ON 6-2-23 IN VIOLATION 838.022 (3) F.S. TO SUBJECT PLAINTIFF MURZIKE, TO EXCESSIVE (CON.) CONTINUATION & D/C TIME LOSS OF VISITATION PRIVILEDGES GAIN TIME ETC. WITHOUT JUSTIFICATION DUE TO RETALIATION IN VIOLATION OF PLAINTIFF 1ST, 8TH CONST. WAS DONE WITH A "MALICIOUSLY & SADTICALLY" INTENT TO INJURY PLAINTIFF ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(6) DEFENDANT CO. BROWN, L. ARE SUED $150,000 KNOWINGLY & INTENTIONALLY DENIED PLAINTIFF MURZIKE, IMPARTIAL INVESTIGATION & FALSIFIED DOCUMENTS CONSTITUTE A TORT 3RD DEGREE FELONY IN VIOLATION OF F.S. 838.022 (2) (A) (B) (3); TO SUBJECT PLAINTIFF TO UNJUSTIFIED D/C & (CON) CONTINUATION IN VIOLATION OF PLAINTIFF 1ST 8TH 14TH U.S. CONST. & CH33-601.305(1)(A-G)(13) ARE SUED IN THIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

Relief sought continued page 5 of 8-3

(7)  Defendant Hodges, D. are sued $250,000 In using Excessive Physical force upon Plaintiff Murzike, By cutting Plaintiff right leg open with blade while Plaintiff In waist chain & shackles without any justification was done with A maliciously & sadistically intent to cause great bodily harm while Plaintiff was defenseless In violation of Plaintiff 8th U.S. constitution are sued In His individual capacity under color of state law.

(8)  Defendant Ltd Goswell, B. are sued $150,000 For fail to intervene the unjustified use of force By Lt. Durberew, Co. Reed, B. Sgt Weed, committed against the Plaintiff when He was In position to do so stood by & watch due to retaliation In violation of Plaintiff 1st & 8th U.S. constitution are sued In His individual capacity under color of state law.

(9)  Defendant Lt. Durberew, Co. Hodges, D. Co. Reed, B are sued $250,000 For knowingly falsifying official documents constitute A tort 3rd degree felony In violation of F.S. 838.022 (2)(A)(2)(3): to subject Plaintiff to unjustified strip In violation of Plaintiff 8th U.S. const. are sued In their individual capacity under color of state law.

(10)  Defendant Nurse Holly, B/F sued $250,000 For knowingly falsifying medical official documents constitute A tort 3rd degree felony In violation of F.S. 838.022 (2)(A)(B)(3): to subject Plaintiff to pain, bleeding, & suffering, In violation of Plaintiff 8th U.S. const. are sued In their individual capacity under color of state law.

Relief sought continued page 5 of 14

(11) Defendant Nurse Holly, are sued #150,000 for conspiring with Lt. Durborow, S, to cover up the constitutional violation by knowingly cosigning a falsified D.R. incident report & plaintiff medical record which violated plaintiff 1st 8th 14th U.S. const. & 768.28 F.S. & F.A.C. 33-208.002 (8)(12)(14) policy in her individually capacity under color of state law.

(12) Defendant Co. Hodges, D. Co. Reed, B. Sgt. Woodgum Lt. Gosnell, B. Co. Hampton Co. Trester, Co. Summerfield, are sued #150,000 for conspiring to cover up the constitutional violation with Lt. Durborow due to retaliation cosigning a false incident to subject the plaintiff to illegal property restriction violating plaintiff 1st & 8th U.S. const. sued in their individually capacity under color of state law.

(13) Defendant Co. Hodges, Co. Reed, B. Sgt. Woodgum, W/m Co. Hampton, Co. Trester, Co. Summerfield, Lt. Gosnell, B. are sued #150,000 for conspiring with Lt. Durborow, S. due to retaliation to cover up the constitutional violation which violated plaintiff 1st 8th 14th U.S. const. & 768.28 F.S. & F.A.C. 33-208.002 (8)(12)(14) policy for their individually capacity under color of state law.

(14) Defendant Nurse Holly, & Co. Valequez, are sued $150,000 for conspiring with Lt. Durborow, S. due to retaliation to cover up the constitutional violation which violated plaintiff 1st 8th 14th U.S. const. & 768.28 F.S. & F.A.C. 33-208.002 (8)(12)(14) policy in their individually capacity under color of state law.

Relief Sought continued page 3 of A-5

(15) Defendant Lt.Durberrow, Co.Reed,B. Co.Hedges,D. are sued $250,000 for plaintiff physical & emotional injuries plaintiff sustained from sleeping on concrete slab bunk in freezing cold cell without any justification in total violation of plaintiff 1st & 8th U.S. constitution are sued in his individual capacity under color or state law.

(16) Defendant Lt Durberrow, are sued $150,000 for conspiring to cover the constitutional violation by knowingly falsifying D.R. reports (6-1) which violated plaintiff 1st & 14th 8th U.S. constitution & F.A.C. CH-33-208-002(8)(12)(19) policy in his individual capacity under color or state law.

(17) Defendants Lt.Durberrow, Co.Hedges, Co.Reed,B. are sued $250,000 placing plaintiff on illegal property restriction to hinder plaintiff access to courts & grievance exhaustion without justification due to retaliation in violation of plaintiff 1st & 8th 14th U.S. constitution are sued in their individual capacity under color of state law.

(18) Defendant Lt.Durberrow, Co.Hedges,D. Co.Reed,B. are sued $200,00 for the physical & emotional injuries sustained as a result of the excessive spraying & physical battery & sexual assault violating plaintiff 1st 8th amend U.S. const. are sued in their individual capacity under color of state law.

(19) Defendant DonYanfor, are sued $150,000 for failing to investigate & collect evidence & obtain audio/video cameras & give plaintiff impartial investigation violating CH-33-601.305(8)(a-c)(3) & CH-33-601.302(10)(16) Jersey violating plaintiff 1st 8th 5th 14th amend. U.S. const. are sued in his individual capacity under color of state law.

Relief sought continued page 44 of 48

(20) Defendants M.H. Ms. Hernandez, Nurse Holly, Ea.Valequez, Wood, Co. Hampton, Co. Trester, Co. Summerfield, Lt. Gosnelly,B. are sued #250,000 for plaintiff physical & emotional injuries plaintiff sustain from the vicious beaten, gasing" while they stood by & watch failing to "intervene" which constitute deliberly indifference in violation of plaintiff 8th U.S. Const. are sued in their Individualy capacity under color of state law.

(21) Defendant Lt. Durbarrow, Co. Reed,B, sgt. Weed, are sued #250,000 for using unjustify excessive physical force by punching plaintiff in face arm, repeatedly spraying plaintiff in face mouth etc. while slamming plaintiff hand shoulder etc. into the cell door violated plaintiff murzike, 1st 8th U.S. Constitution & F.A.C. ch.33-602.210 policy are sued in their Individual capacity under color of state law.

(22) Defendant Reed,B are sued #250,000 for using unjustify excessive physical force by spraying plaintiff with whole can chemical agent to face, eyes, nose, mouth etc. violation plaintiff 1st 8th U.S. const. & F.A.C. 33-602.210 policy are sued in his Individual capacity under color of state laws, done with a maliciously & sadically intent to cause great bodily harm.

(23) Defendant Co. Hodges,O, & Co. Reed,B, are sued #350,000 for using excessive physical force upon plaintiff murzike, in medical examination room while sticking plaintiff in his buttocks with deadly weapon without any justification was done with a maliciously & sadically intent to cause great bodily harm while plaintiff murzike, butt naked & defenseless violation plaintiff 8th U.S. const. are sued in their Individual capacity under color of state law.

RELIEF SOUGHT CONTINUED PAGE _5_ OF _6_

( 24 )    DEFENDANT M.H. MS. HERNADEZ, ARE SUED $150,000 FOR APPROVING CHEMICAL AGENTS TO SUBJECT PLAINTIFF TO PAIN, DIFFICULT BREATHEN, & SUFFERING WITHOUT ANY JUSTIFICATION WAS DONE WITH "MALICIOUSLY & SADISTICALLY" INTENT TO CAUSE BODILY HARM TO PLAINTIFF IN VIOLATION OF PLAINTIFF 8TH U.S. CONST. ARE SUED IN HER INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 25 )    DEFENDANT REED, B. ARE SUED $250,000 FOR USING UNJUSTIFY EXCESSIVE CHEMICAL AGENTS BY SPRAYING PLAINTIFF MUZZLIKE WHILE SGT WOOD, GRAB PLAINTIFF ARM SPRAYING PLAINTIFF IN FACE ETC. WHILE PLAINTIFF DEFENSELESS CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 944.38 F.S. & 775.083..1. F.S. AS HE ACT IN BAD FAITH GROSS NEGLIGENCE IN VIOLATION 768.28 F.S. ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

( 26 )    DEFENDANT MILLER, M.G. & DWALLEN ARE SUED $500,000 FOR KNOWINGLY CONSPIRING WITH THEIR LOWER OFFICIAL LT. DEADEN, D. & MS. COX, M. BY WAY OF USING FALSIFIED D.R.'S ON             TO SUBJECT PLAINTIFF TO EXCESSIVE P/C , C.M. CONTINUATION LOSS GAIN TIME ETC. IN VIOLATION OF PLAINTIFF 1ST & 8TH U.S. CONST. DUE TO RETALIATION ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW. AND 42 USC 1883 (3).

( 27 )    DEFENDANT A. COCHRAN, ARE SUED $700,000 FOR KNOWINGLY CONSPIRING WITH MILLER, M.G. & DWALLEN, BY FAILING TO OVERTURN FALSIFIED D.R.'S REPORTS PER 33-601.307 H (1)(C) & 33-601.308 (2)(B) POLICY DUE TO RETALIATION TO SUBJECT PLAINTIFF EXCESSIVE P/C TIME & EXCESSIVE (C.M) CONTINUATION IN VIOLATION PLAINTIFF 1ST & 5TH, 8TH U.S. CONST. & 42 USC 1883 (3) ARE SUED IN HER INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(28) DEFENDANT Lt. DUBBERCEY, S. Co. VALEQUEZ, NURSE HOLLY, Co. REED, B. Co. HAMPTON, ARE SUED $450,000 FOR CONSPIRING WITH Co. Hodges, D. AFTER PLAINTIFF SENT OUT HIS 1983 CIVIL COMPLAINT & GRIEVANCES ON 6-2-23 CONSPIRED WITH Co. Hodges, TO STRIP PLAINTIFF & FALSIFY TWO (2) D.R.'S ON PLAINTIFF DUE TO RETALIATION IN VIOLATION OF PLAINTIFF DUE TO RETALIATION VIOLATION OF PLAINTIFF 1st 8, 5th U.S. & 42 USC §§ 3 (7) ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(29) DEFENDANT INSPECTER GENERAL MANNING, W/M ARE SUED $350,000 FOR CONSPIRING TO COVER UP THE MALICIOUS ACT OF SEXUAL BATTERY/ASSAULT THAT WAS COMMITTED UPON PLAINTIFF MANNING, BY DEFENDANT Co. REED, B. Co. Hodges, D. INSPECTER MANNING, CONSPIRING WITH F.D.O.C OFFICIALS TO TRY TO FALSIFY VIDEO EVIDENCE & DOCUMENTS IN VIOLATION 42 USC 1853(3) & F.S. 838.022 (B)(3). & MY 8th U.S. CONST. ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(30) DEFENDANTS Lt. TRESTER, & Co. SUMMERFIELD, ARE SUED $150,000 FOR FOR CONSPIRING WITH Co. Hodges, ETC TO DESTROY STEAL OR LOSING PLAINTIFF PERSONAL PROPERTY TO HINDER PLAINTIFF ACCESS TO COURT IN RETALIATION RELATING CH. 33-208.002 (10)(24). F.A.C. & IN VIOLATION 42 USC 1853(3) & F.S. 838.022 (B)(3) & PLAINTIFF 8th U.S. CONST ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(31) DEFENDANT MILLER, ARE SUED $250,000 TRY TO COVER UP THE MALICIOUS ACT OF SEXUAL BATTERY/PHYSICAL FORCE THAT WAS COMMITTED UPON PLAINTIFF AS WELL INSPECTER MANNING, W/M CONSPIRING WITH OFFICIAL MILLER & F.D.O.C. OFFICIALS TO FALSIFY VIDEO EVIDENCE & DOCUMENTS IN VIOLATION 42 USC 1853 (3) & F.S. 838.022 (B)(3) & PLAINTIFF 8th U.S. CONST

Relief sought Continued PAGE 5 of 8

(32) PLAINTIFF MURZIKE, Demand TRAIL BY JURY.

(33) ALL DEFENDANTS ARE SUED 250,000 JOINTLY.
THE PLAINTIFF REQUESTING FEDERAL & STATE INDICTMENTS.

(34) PLAINTIFF MURZIKE, REQUESTING THAT ALL DEFENDANTS
PAY ALL COURT COSTS & FEES & COVER ALL MEDICAL
COSTS IN THIS ACTION & COVER ALL ATTORNEY FEES.

(35) PLAINTIFF MURZIKE, REQUESTING APPOINTMENT OF COUNSEL

(36) PLAINTIFF REQUESTING A $100,000 PUNITIVE DAMAGE TO
BE ASSESSED AGAINST EACH DEFENDANT SEPARATELY
& JOINTLY IN THIS ACTION.

(37) PLAINTIFF REQUESTING THAT A DECLARATORY ORDER
TO BE ISSUE DECLARING ALL DEFENDANT(S) VIOLATED
PLAINTIFF RIGHTS, AFTER TRAIL BY JURY.

(38) PLAINTIFF REQUESTING THAT A ORDER BE IMMEDIATELY
SENT TO REGIONAL DIRECTOR & WARDEN & MINNESREE TO
HAVE PLAINTIFF TRANSFERED OUT THIS REGION II TO REGION III
AREA DUE TO ongoing REPEATED STARVATION & SEXUAL BATTERY & ABUSE
PLAINTIFF CONTINUE TO SUFFER HERE AT FLORIDA STATE PRISON
& UNION C.I.

(39) PLAINTIFF REQUESTING THAT ORDER BE SENT TO MEDICAL
DEPARTMENT HERE AT FLORIDA STATE PRISON TO PRODUCE ALL MEDICAL
RECORDS & FILES SICK-CALL 974-701 FROM ALL USE OF FORCE MEDICAL
RECORDS ON 6-2-23 Up. UNTIL PRESENT

Relief sought continued page 5 of A-9

(40) Plaintiff Murzike, request that an order be sent to warden that all reports of use of force/physical brutality occurring on 6-2-23 involving the defendants & plaintiff be review & produced along with fix wing cameras in V-2 of cell V-2102L

(41) Plaintiff Murzike, request that Inspector general of Institution review of use of force & his reports) of the use of force/physical brutality occuring on 6-2-23 involving the defendants & plaintiff be review & produce along with the post use of force audio/video camera's. MOD. W2073

(42) Plaintiff request all DC6-229 form for date of the physical brutality sexual battery impose by the defendant on 6-2-23